THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. SACV07-1331 DOC (ANx) |
|---|---|
|     Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| vs. | Hearing before Judge David O. Carter: |
| ROBERT F. SOMMERS, | Date: September 8, 2008<br>Time: 8:30 a.m.<br>Address: Ronald Reagan Federal Bldg. and U.S. Courthouse<br>Courtroom 9D<br>411 West Fourth Street<br>Santa Ana, CA 92701 |
|     Defendants. | |

    The Motion for Summary Judgment filed by the United States of America (Plaintiff), came on for hearing before the Court on September 8, 2008. Based on the papers filed in this case, the arguments advanced at the hearing, and all other matters properly made part of the record,

**IT IS ORDERED:**

    1.    As of October 30, 2007, the unpaid tax liability of Robert F. Sommers was $285,754.74, for income tax liabilities for tax years 1995 through 2001 and

1

the trust fund recovery penalty pursuant to 26 U.S.C. § 6672 for the periods ending December 31, 1997 through March 31, 2000.

2. Robert F. Sommers is personally liable and indebted to the United States of America for the unpaid tax liability, in the amount of $289,754.74 as of October 30, 2007, plus interest and statutory additions accruing after October 30, 2007, as allowed by law, until the liability is paid in full.

**IT IS SO ORDERED.**

DATED: September 15, 2008

_____
DAVID O. CARTER
United States District Judge

Respectfully presented by:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America