THOMAS P. O'BRIEN                                                                JS-6
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT F. SOMMERS,<br><br>    Defendant. | Case No. SACV07-1331 DOC (ANx)<br><br>JUDGMENT IN FAVOR OF THE UNITED STATES OF AMERICA AND AGAINST ROBERT F. SOMMERS |

    Based on the Stipulation to Reduce Tax Assessments to Judgment:

    1.    On November 9, 2007, the United States filed the Complaint To Reduce Federal Income Tax Assessments To Judgment (the Complaint) against Robert F. Sommers (the taxpayer).

///

///

///

2. As of October 30, 2007, the balance due to the United States from the taxpayer for unpaid taxes, penalties, and interest was as follows:

| Tax Type | Tax Year/ Tax Period | Balance Due as of 10/30/07 |
|---|---|---|
| Income (1040) | 1995 | $65,999.17 |
| Income (1040) | 1996 | 10,902.91 |
| Income (1040) | 1997 | 16,126.79 |
| Income (1040) | 1998 | 6,298.31 |
| Income (1040) | 1999 | 7,067.56 |
| Income (1040) | 2000 | 5,510.22 |
| Income (1040) | 2001 | 4,823.81 |
| Trust Fund (6672) | 12/31/1997 | 7,347.04 |
| Trust Fund (6672) | 3/31/1998 | 23,991.11 |
| Trust Fund (6672) | 6/30/1998 | 23,991.11 |
| Trust Fund (6672) | 9/30/1998 | 23,991.11 |
| Trust Fund (6672) | 12/31/1998 | 23,991.11 |
| Trust Fund (6672) | 3/31/1999 | 14,294.17 |
| Trust Fund (6672) | 6/30/1999 | 14,294.17 |
| Trust Fund (6672) | 9/30/1999 | 14,294.17 |
| Trust Fund (6672) | 12/31/1999 | 14,294.17 |
| Trust Fund (6672) | 3/30/2000 | 8,537.81 |
| | | $285,754.74 |

3. Interest and penalties continue to accrue as allowed by law.

4. The balance due to the United States, plus accrued penalties and interest, is reduced to judgment against the taxpayer, resolving the Complaint in favor of the United States.

5. As between plaintiff United States of America and the taxpayer, each party shall bear its own costs and attorney's fees in connection with this case.

Additionally, in light of this stipulation the Court hereby VACATES its prior order granting Plaintiff's Motion for Summary Judgment.

**IT IS SO ORDERED.**

DATED: September 16, 2008      _____
DAVID O. CARTER
United States District Judge

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America